# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
2:30 A M
8-1 2005
Deputy Clerk

| UNITED STATES OF AMERICA | ) | CR 404-308 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES ALEXANDER BOWE | ) | |

### GOVERNMENT'S EXHIBIT LIST

| ADMISSION INTO EVIDENCE | NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|---|
| R | 1A | Portion of 8.069 kilograms of cocaine hydrochloride seized on December 3, 2004 at Signature Air in Chatham County, Georgia. (lab no. 147084) |
| R | 1B | Portion of 8.069 kilograms of cocaine hydrochloride seized on December 3, 2004 at Signature Air in Chatham County, Georgia. (lab no. 147084) |
| R | 1C | Packaging Material for Exhibits 1A and 1B |
| R | 1D | Portion of 8.069 kilograms of cocaine hydrochloride (2 bricks) seized on December 3, 2004 at Signature Air in Chatham County, Georgia. (lab no. 147084) |
| R | 1E | Portion of 8.069 kilograms of cocaine hydrochloride (2 bricks) seized on December 3, 2004 at Signature Air in Chatham County, Georgia. (lab no. 147084) |
| R | 1F | Portion of 8.069 kilograms of cocaine hydrochloride (1 brick) seized on December 3, 2004 at Signature Air in Chatham County, Georgia. (lab no. 147084) |
| R | 2 | Photograph of Cocaine in Bahamas |
| R | 3 | Photograph of Cocaine inside N-1 |
| R | 4 | Sample of Cocaine seized in Salina Kansas on December 10, 2002 (lab no. 148533) |

R = ADMITTED

United States v. Charles A. Bowe, CR 404-38
Government's Exhibit List

| | | |
|---|---|---|
| $\mathcal{R}$ | N-1 | Black "Impressions" bag used to carry exhibit 1 on December 3, 2004 |
| $\mathcal{R}$ | N-2 | Digital micro–cassette recording of a telephone call between Damian Coverley and Charles Bowe on December 3, 2004. |
| $\mathcal{R}$ | N-2T | Transcript of N-2 |
| $\mathcal{R}$ | N-3 | Digital micro-cassette recording of a telephone call between Damian Coverley and Charles Bowe on December 4, 2004. |
| $\mathcal{R}$ | N-3T | Transcript of N-3 |
| $\mathcal{R}$ | N-5 | 8 mm video cassette of online conversation between Damian Coverley and Charles Bowe on December 4, 2004 |
| $\mathcal{R}$ | N-5T | Transcript of N-5 |
| $\mathcal{R}$ | N-6 | 8 mm video cassette of online conversation between Damian Coverley and Charles Bowe on December 5, 2004 |
| $\mathcal{R}$ | N-6T | Transcript of N-6T |
| $\mathcal{R}$ | N-7 | CD x 2 (Digital recording of conversation between Damian Coverley and Charles Bowe on December 6, 2004 at Home Depot, Weston, Fl. |
| $\mathcal{R}$ | N-7T | Transcript of N-7 |
| $\mathcal{R}$ | N-8 | Video recording of meeting between Damian Coverley and Charles Bowe on December 6, 2004 at Home Depot, Weston, Fl. |
| $\mathcal{R}$ | N-9 | Digital micro-cassette recording of telephone conversation between Damian Coverley and Charles Bowe on December 6, 2004 |
| $\mathcal{R}$ | N-9T | Transcript of N-9 |

United States v. Charles A. Bowe, CR 404-38
Government's Exhibit List

| | | |
|---|---|---|
| R | 10CD | Composite CD containing Excerpts of N-2, N-3, N-7, and N-9 |
| R | N-11 | Brown paper shopping bag used to carry "money bundle" represented to be $80,000 on December 6, 2004 |
| R | 12 | Passport of Damian Coverley |
| R | N-16 | Consent to search residence of Charles Bowe dated December 6, 2004 |
| | N-19 | Miranda rights waiver of Charles Bowe dated December 6, 2004 |
| R | N-22 | N-22 is Executive Flight Services business card with Pedro Smith contact information at FDC Miami.  Seized from Bowe's wallet on 12/06/04. |
| R | N-23 | Passport of Charles Bowe |
| R | N-24 | Photographs of Cash seized from Bowe House |
| R | N-28 | Dell Dimension 8300 Mid-Tower Computer, serial no. 2T4GG31 seized on December 6, 2004 from Bowe's house |
| R | N-28A | Disc downloaded CD related to N-28 |
| R | N-28A-1 | Contacts List downloaded from N-28A, Part I (export\compose[1][72953].htm) |
| R | N-28A-2 | Contacts List downloaded from N-28A, Part II |
| | N-28B | Photograph of Serial No. of N-28 |
| | N-28C | Search Warrant for N-28 |
| R | N-31C | 2 cancelled checks/1 voided check - down payment on house paid by Executive Flight Services (Disc 00253) |

United States v. Charles A. Bowe, CR 404-38
Government's Exhibit List

| | | |
|---|---|---|
| R | N-31E • | Crew coordinating conference dated March 16, 2002 - Kevin Frater name is on document (Disc 00255) |
| R | N-31H • | Articles of Amendment to Articles of Organization - Executive Flight Services, August 22, 2002 (Disc 00316) |
| R | N-31I • | Bill for Executive Flight Services - Robert Nylund (Disc 00317) |
| R | N-31J • | Floor Decor Receipt - Pedro Smith - Charles Bowe paid $500 (Disc 00318-319) |
| R | N-31K • | Letter from FAA re Charter Operations, dated April 22, 2004 |
| R | N-31L • | Title to 2001 Mercedes Four Door Sedan (VIN WDBNG75JX1A168427) |
| R | N-31M • | Business Card of Kevin Frater and Rolodex Card with Frater Name and Phone Number |
| R | 50 | Photograph of Plane bearing Tail Number N-69SW in Salina, Kansas on December 10, 2002 |
| R | 51 | Photograph of Suitcase containing Cocaine seized from Plane in Salina, Kansas on December 10, 2002 |
| R | 52 | Photograph of Suitcase containing Cocaine seized from Plane in Salina, Kansas on December 10, 2002 |
| R | 53 | Photograph of Suitcase containing Cocaine seized from Plane in Salina, Kansas on December 10, 2002 |
| R | 54 | Photograph of Suitcase containing Cocaine seized from Plane in Salina, Kansas on December 10, 2002 |
| R | 55 | Photograph of Suitcase containing Cocaine seized from Plane in Salina, Kansas on December 10, 2002 |
| R | 56 | Photograph of all Suitcases seized on December 10, 2002 |
| R | 57 | Photograph of all Cocaine Packages seized on December 10, 2002 |

4

United States v. Charles A. Bowe, CR 404-38
Government's Exhibit List

| | | |
|---|---|---|
| R | 61 | Photograph of Lexus - Front View |
| R | 62 | Photograph of Lexus - Rear View |
| R | 64 | Photograph of Lexus - Side View |
| R | 67 | Photograph of Mercedes - Front View |
| R | 69 | Photograph of Mercedes - Side View |
| R | 72 | Photograph of 2535 Jardin Terrace, Weston Florida |
| | 100 | Pedro Smith Plea Transcript |
| | 101 | Tavaris Rolle Plea Agreement |
| R | 102 | Damian Coverley Plea Agreement |
| | 103 | Raymond Adderley Plea Agreement |
| | | |
| | | |
| | | |
| | | |
| | | |

United States v. Charles A. Bowe, CR 404-38
Government's Exhibit List

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |