UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CHARLES ALEXANDER BOWE,**

Movant,

v. 408CV033
(404CR308)

**UNITED STATES OF AMERICA,**

Respondent.

## ORDER

After conducting an independent review of the record, including Movant Charles Bowe's objections, the Government's response to those objections, and the reply briefs from each party that followed, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"). Doc. # 21. However, the Court takes this opportunity to emphasize two points.

First, the Court disagrees with the Magistrate Judge's non-outcome-determinative statements regarding the strength of the Government's case against Bowe. The Magistrate Judge states that, "[T]he prosecution's evidence was not weak, but neither was it overwhelming." *Id.* at 34. Yet, the Magistrate Judge's footnote to that statement shows quite the opposite, as it recounts how the Government built its case against Bowe, who was arrested during a controlled delivery by government informant Damian Coverley of cash proceeds from a drug sale. *Id.* at 34 n.22. Prior to the controlled delivery, the Government had recorded numerous phone calls and internet communications between Coverley and Bowe regarding the particular transaction at hand. *See id.* As a result, the jury had every reason to believe that Bowe was involved in the importation of cocaine from the Bahamas.

Furthermore, the Court puts no confidence in the second-hand testimony of Omar Theophilus, who is on the lam and has shown his intent to remain indefinitely in the Bahamas, where he enjoys at least some level of impunity. Theophilus has nothing to lose, especially at this juncture, by trying to help exculpate Bowe – so long as he can do so in a roundabout way from within his safety zone.

As a result, the Court concurs with the Magistrate Judge's R&R and adopts it as the opinion of the Court. *Id.*

This day of 31 August 2009.

_B. AVANT EDENFIELD_, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA