UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CHARLES ALEXANDER BOWE,**

**Movant,**

v.  408CV033
    404CR308

**UNITED STATES OF AMERICA.**

## ORDER

Habeas movant Charles Alexander Bowe moves this Court for a Certificate of Appealability (COA) so that he may appeal this Court's Order, doc. # 32, denying his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Doc. # 37.

To obtain a COA, a § 2255 movant must show not only that one or more of the claims he has raised presents a substantial constitutional issue, but also that there is a substantial issue about the correctness of the procedural ground on which the petition was denied. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A "substantial question" about a procedural ruling means that the correctness of it under the law as it now stands is debatable among jurists of reason. *Gordon v. Sec'y Dep't of Corrs.*, 479 F.3d 1299, 1300 (11th Cir. 2007). At a minimum, then, a COA applicant must show that this Court prejudicially erred (i.e., in a way that, but for the error, the case's outcome would have been materially different) within the meaning of F.R.Civ.P. 61.

In his COA motion, Bowe does not present any specific issue for appeal, much less anything satisfying the COA requirements. Instead, he merely recites the standard for issuing a COA, and attempts to rebut a particular non-outcome-determinative comment made by this Court in its Adoption Order. Doc. # 37. As he has not presented an issue warranting a COA, Bowe's motion is *DENIED*. *Id.*

This day of 16 November 2009.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA