# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -8 PM 1:34

CLERK_____
SO. DIST. OF GA

| | |
|---|---|
| United States of America | )  |
| v. | ) |
| | ) Case No: 4:04CR00308-2 |
| Charles Alexander Bowe | ) |
| | ) USM No: 65926-004 |
| Date of Original Judgment: November 1, 2005 | ) |
| Date of Previous Amended Judgment: _____ | ) David A. Howard |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☐ DENIED.　☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___384 months___ months **is reduced to** ___360 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___November 1, 2005,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/8/15

Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: ___November 1, 2015___
*(if different from order date)*